# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

January 11, 2024

**<u>Via Electronic Filing</u>**
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Vera v. Mei Zhou Trading Inc. et al*
       <u>Case No.: 1:23-cv-05531-EK-TAM</u>

Dear Honorable Magistrate Judge Merkl:

  This law firm represents Plaintiff Marlon Vera (the "Plaintiff") in the above-referenced action.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives in Your Honor's January 4, 2024 Order, this letter respectfully serves to advise the Court that the parties have reached an agreement in principle, in the above-referenced matter.

  The parties respectfully request until February 20, 2024, to file the necessary materials to dispose of the instant action.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: <u>*/s/ Jason Mizrahi*       </u>
           Jason Mizrahi
           60 East 42nd Street, Suite 4747
           New York, NY 10170
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Plaintiff*